David Lee (Full Name)
cbccbai@gmail.com (Email Address)
701 S Mariposa Ave #303 (Address Line 1)
Los Angeles, CA (Address Line 2)
718-888-8275 (Phone Number)

Defendant in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

vs.

DAVID LEE

Defendant(s).

Case No.: 2:20-CV-00948-TJH-SP

**DEFENDANT'S ANSWER**

**JURY TRIAL DEMAND**

☐ Yes    ☑ No

Defendant DAVID LEE (Defendant's name here) hereby answers Plaintiff's complaint as follows:

## ANSWER TO COMPLAINT

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraphs 1-64.

# REQUEST FOR RELIEF

WHEREFORE, the Defendant requests:

1. Dismissal of the Plaintiff's action with prejudice;
2. An order that Plaintiff shall take no relief from the complaint;
3. The costs of suit incurred herein;
4. Other: _____
   _____; and
5. Such further relief the Court deems fair and just.

Dated: 10/13/2020

Sign: *David Lee* /s/ David Lee

Print Name: David Lee

Defendant in Pro Per

**UNITED STATES POSTAL SERVICE** ®

PRIORITY MAIL

7020 2450 0002 0275 653b

FROM:

DAVID LEE
701 S. Mariposa Ave #303
Los Angeles CA 90005

CSO
X-

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 19 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

TO:

UNITED STATES COURTHOUSE
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE ST.
TS-134
LOS ANGELES CA 90012

$11.30
R2304H107630-05

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.