UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 172.91.7.250,<br><br>    Defendant. | Case No.: 2:20-cv-00948-TJH-SPx<br><br>**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT  [25]** |

THIS CAUSE came before the Court upon Plaintiff's motion for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's motion is granted.  Plaintiff shall have until November 2, 2020 to effectuate service of a summons and Complaint on Defendant.

**DONE AND ORDERED**.

Dated: OCTOBER 30, 2020

By: _/s/ Terry J. Hatter, Jr._
**United States District Judge**
Hon. Terry J. Hatter, Jr.

Order on Motion for Extension of Time Within Which to Effectuate Service on John Doe Defendant

Case No. 2:20-cv-00948-TJH-SP